# Court of Appeals
# of the State of Georgia

ATLANTA, _____March 27, 2015_____

*The Court of Appeals hereby passes the following order:*

**A14A2096, A14A2153. IN THE INTEREST OF D. J. T., A CHILD; IN THE INTEREST IF M. M. R. A CHILD.**

The mothers of D. J. T and M. M. R. appeal from the order of the Effingham County Juvenile Court terminating their parental rights. Given the nature of these appeals and the gravity of termination proceedings, in light of the breath of materials omitted from the record – the mothers' case plans, the shelter care order, all deprivation and final disposition orders, and the termination hearing exhibits – the indeterminate amount of time it will take to prepare and transmit these materials to this Court, and the constitutional time restraints governing this Court's disposition of appeals, these cases are remanded to the Clerk of the Juvenile Court of Effingham County until preparation of the appellate record is completed by the addition of the designated materials. (The notices of appeal provided that "no portion" of the record be omitted.)

When the entire appeal record is prepared, the matter may be then transmitted to and re-docketed with the Court of Appeals. Upon re-docketing, briefing by the parties should proceed in accordance with Court of Appeals Rule 23.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*_____03/27/2015_____
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____*Stephen E. Castlen*_____ *, Clerk.*